| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5580543 | **DATE** 10/28/2020 |
|---|---|---|---|---|

| **NAME** MCCARVER, Joshua | **OFFICER** Daniel Ziehmer | **JUDGE** David M. Lawson | **DOCKET #** 19-CR-20582-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 04/30/2019 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** II | **TOTAL OFFENSE LEVEL** 13 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 06/19/2019 | | | | |
| **EXPIRATION** 06/18/2022 | | | | |

| **ASST. U.S. ATTORNEY** Mitra Jafary-Hariri | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § 841(a)(1), Distribution of Fentanyl

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 18 months, to be followed by a three-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Robert C. Chambers, Southern District of West Virginia. Jurisdiction accepted by the Honorable Avern Cohn on September 6, 2019. Case reassigned to the Honorable David M. Lawson on January 2, 2020.

**ORIGINAL SPECIAL CONDITIONS**

1. If the defendant is unemployed, the probation officer may direct the offender to register and remain active with Workforce West Virginia.
2. Offenders shall submit to random urinalysis or any drug screening method whenever the same is deemed appropriate by the probation officer and shall participate in a substance abuse program as directed by the probation officer. Offenders shall not use any method or device to evade drug screen.
3. As directed by the probation officer, the defendant will make copayments for drug testing and drug treatment services at rates determined by the probation officer in accordance with a court-approved schedule based on ability to pay and availability of third-party payments.
4. A term of community service is imposed on every offender on supervised release or probation. Fifty hours of community service is imposed on every offender for each year the offender is on supervised release or probation. The obligation for community service is waived if the offender remains fully employed or actively seeks such employment throughout the year.
5. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5580543 | DATE 10/28/2020 |
|---|---|---|---|---|

| NAME MCCARVER, Joshua | OFFICER Daniel Ziehmer | JUDGE David M. Lawson | DOCKET # 19-CR-20582-01 |
|---|---|---|---|

Criminal Monetary Penalty:  Special Assessment $100.00 (Balance owing $100.00).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|

**1**  **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On July 26, 2020, at approximately 9:45 PM, agents from the United States Border Patrol were conducting patrol duties in Detroit, Michigan. Agents observed a vehicle parked between Alter and Mariner Parks, Detroit Michigan. While driving past the vehicle, agents smelled marijuana and noted that a license plate was not visible.

Agents made contact with MCCARVER, who was sitting in the driver side of the vehicle. Also in the vehicle was his girlfriend, Tariesha White. Agents noted the smell of marijuana increased and ultimately conducted a search of the vehicle.

A search of the vehicle located the following: 124.8 grams of marijuana, one opened box of sandwich bags, one digital scale, and $7,120.00 in cash. Officers also located a large roll of cash in MCCARVER's front pants pocket.

MCCARVER was cited under citation #8109427 for violation of 21 U.S.C. 844(a), Simple Possession of Controlled Substances and released from the scene. This matter has yet to be adjudicated in the United States District Court, Detroit, Michigan.

**2**  **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."

MCCARVER tested positive for marijuana on November 19, 2019. It should be noted that he has also admitted to ongoing marijuana use during conversations with this officer on July 31, 2020, and August 7, 2020

**3**  **Violation of Standard Condition No. 9:** "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5580543 | DATE 10/28/2020 |
|---|---|---|---|---|

| NAME MCCARVER, Joshua | OFFICER Daniel Ziehmer | JUDGE David M. Lawson | DOCKET # 19-CR-20582-01 |
|---|---|---|---|

MCCARVER failed to contact this writer following being ticketed on July 26, 2020. He only acknowledged this incident after being confronted by this officer on July 31, 2020.

| I declare under penalty of perjury that the foregoing is true and correct. PROBATION OFFICER<br><br>s/Daniel Ziehmer/ljc/mt<br>313-234-5422 | DISTRIBUTION<br><br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br><br>s/Steven M. Ely<br>313-234-5583 | PROBATION ROUTING<br><br>Data Entry |

**THE COURT ORDERS:**

[x ]    The Issuance of a Summons.

[ ]    Other

s/ David M. Lawson
_____
United States District Judge

October 29, 2020
_____
Date